**Criminal Case Cover Sheet**     U.S. District Court - District of Massachusetts

**Place of Offense:**    Category No. __II__    Investigating Agency __FDA__

City: __Lowell__
County: __Middlesex__

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __18-2436-MBB & 18-2470-MBB__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: __AHMAD "ANDY" KHAWAJA__    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____
Address: (City & State) __Los Angeles, CA__
Birth date (Yr only): __1971__   SSN (last4#): __8433__   Sex __M__   Race: __W__   Nationality: __USA/Lebanon__

Defense Counsel if known: __Robert Shapiro, Esq.__    Address: __10250 Constellation Blvd. 19th Floor, Los Angeles, CA 90067__

Bar Number: _____

**U.S. Attorney Information:**

AUSA: __Seth B. Kosto/Randall Warden (DOJ-MLARS)__    Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document: ☐ Complaint ☐ Information ☑ Indictment
Total # of Counts: ☐ Petty ☐ Misdemeanor ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 08/25/2021    Signature of AUSA: _/s/_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   AHMAD "ANDY" KHAWAJA

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | Count 1 |
| Set 2 | | | |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture Allegation | |
| Set 4 | 28 U.S.C. § 2461 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** __II__     **Investigating Agency** __FDA__

**City** __Lowell__     **Related Case Information:**

**County** __Middlesex__     Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __18-2436-MBB & 18-2470-MBB__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __MOHAMMED "MOE" DIAB__    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name __10880 Wilshire Blvd. Suite 1020__

Address __(City & State) Glendale, CA__

Birth date (Yr only): __1975__ SSN (last4#): __8664__ Sex __M__ Race: __W__ Nationality: __USA__

**Defense Counsel if known:** __Harland Braun, Esq.__ Address __10880 Wilshire Blvd., Suite 1020__

**Bar Number** _____                                       __Los Angeles, CA 90024__

**U.S. Attorney Information:**

**AUSA** __Seth B. Kosto__     Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: __USDC District of Columbia__ on _____

**Charging Document:** ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:** ☐ Petty     ☐ Misdemeanor     ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __08/25/2021__     Signature of AUSA: _(signature)_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   MOHAMMED "MOE" DIAB

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | Count 1 |
| Set 2 | 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud | Count 2 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture Allegation | |
| Set 4 | 28 U.S.C. § 2461 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:**   Category No. __II__   Investigating Agency __FDA__

**City** __Lowell__   Related Case Information:

**County** __Middlesex__

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __18-2436-MBB & 18-2470-MBB__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __AMY RINGLER ROUNTREE__   Juvenile: ☐ Yes ☒ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☒ No

Alias Name _____

Address   (City & State) __Logan, Utah__

Birth date (Yr only): __1982__   SSN (last4#): __7307__   Sex __F__   Race: __W__   Nationality: __USA__

**Defense Counsel if known:**   __Gary J. Kaufman, Esq.__   Address __1801 Century Park East, Suite 1430__

**Bar Number** _____   __Los Angeles, California__

**U.S. Attorney Information:**

**AUSA** __Seth B. Kosto/Randall Warden (DOJ MLARS)__   Bar Number if applicable _____

**Interpreter:** ☐ Yes ☒ No   List language and/or dialect: _____

**Victims:** ☒ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☒ Yes ☐ No

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __08/25/2021__   Signature of AUSA: _(signed)_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   AMY RINGLER ROUNTREE

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | Count 1 |
| Set 2 | 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud | Count 2 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture Allegation | |
| Set 4 | 28 U.S.C. § 2461 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** FDA

**City** Lowell    **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 18-2436-MBB & 18-2470-MBB
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: THOMAS WELLS    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Martin County, FL

Birth date (Yr only): 1947   SSN (last4#): 9466   Sex: M   Race: W   Nationality: USA

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: Seth B. Kosto/Randall Warden (DOJ MLARS)    Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 08/25/2021    Signature of AUSA: _/s/_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     THOMAS WELLS

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | Count 1 |
| Set 2 | | | |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture Allegation | |
| Set 4 | 28 U.S.C. § 2461 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____