# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 21-cr-10250-NMG |
| v. | ) |
| | ) |
| MOHAMMED "MOE" DIAB, et al | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter my appearance in the above-captioned case as counsel for the United States.

I am admitted to and authorized to practice in this court.

Dated: 4/14/2025

                    Respectfully submitted,

                    MARGARET MOESER
                    Chief
                    Money Laundering and Asset Recovery Section
                    Department of Justice

By:    */s/ Elysa Wan*
          Elysa Wan
          Trial Attorney
          MA BBO # 569231
          Tel: (202) 897-8207
          Elysa. Wan2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: 4/14/2025    By:    */s/ Elysa Wan*
                                      Elysa Wan